UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WRIGHT,<br><br>      Petitioner,<br><br>v.<br><br>J PICKETT,<br><br>      Respondent. | Case No. 20-cv-04095-VC  (PR)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY** |

      The habeas petition is denied. It was not objectively unreasonable for the state courts to conclude that Wright did not receive constitutionally ineffective assistance of counsel at trial or on appeal with respect to the applicable time frame for the challenged counts. It was not objectively unreasonable to conclude that he did not receive ineffective assistance for failure to challenge the sufficiency of the evidence on the elements of "force or fear" or the elements of "against the will" for counts one through ten. It was not objectively unreasonable to conclude that Wright did not receive ineffective assistance on appeal with respect to his claims of instructional error. A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk shall enter judgment in favor of the respondent and close the file.

      **IT IS SO ORDERED.**

Dated: May 28, 2021

                                                                                           VINCE CHHABRIA<br>
                                                                                           United States District Judge